UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANTOLIN ANDREW MARKS,

    Plaintiff,

v.

ALISSA Mc CLUSKEY et al.,

    Defendants.

Case No. C08-5155BHS/JKA

REPORT AND RECOMMENDATION TO ALLOW PLAINTIFF TO DISMISS THIS ACTION PRIOR TO IMPOSITION OF A FILING FEE

**NOTED FOR:**

**April 25, 2008**

    This Civil Rights/ Bivens action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B). Before the court is plaintiff's motion /notice to dismiss this action (Dkt # 4). Plaintiff alleges the complaint was confiscated by officials and sent to the court and that he did not intend to file this action.

    Mr. Marks declares he did not intend to file this action (Dkt # 4). Fed. R. Civ. P. 41 (a)(1) allows for dismissal by plaintiff without order of the court prior to service. That rule is appropriate to this action and the case should be **DISMISSED WITHOUT PREJUDICE**. This Report and Recommendation is prepared to make it clear the dismissal is without prejudice and to make clear that no filing fee is to be

ORDER
Page - 1

collected.

Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure, the parties shall have ten (10) days from service of this Report to file written objections. *See also* Fed. R. Civ. P. 6.  Failure to file objections will result in a waiver of those objections for purposes of appeal.  Thomas v. Arn, 474 U.S. 140 (1985).  Accommodating the time limit imposed by Rule 72(b), the clerk is directed to set the matter for consideration on **April 25, 2008**, as noted in the caption.

DATED this 1 day of April, 2008.

*/S/ J. Kelley Arnold*
J. Kelley Arnold
United States Magistrate Judge