UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANTOLIN ANDREW MARKS,

    Plaintiff,

v.

ALISSA McCLUSKEY, et al.,

    Defendants.

Case No. C08-5155BHS-JKA

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Kelley Arnold (Dkt. 5), the remainder of the file, and no objections having been filed thereto, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation (Dkt. 5);

(2) Plaintiff's motion to dismiss is **GRANTED,** and this action is **DISMISSED WITHOUT PREJUDICE**. No filing fee will be collected.

(3) Clerk is directed to send copies of this order to Plaintiff, counsel for Defendants, and to the Hon. J. Kelley Arnold.

DATED this 13th day of May, 2008.

BENJAMIN H. SETTLE
United States District Judge

ORDER