# United States District Court

WESTERN DISTRICT OF WASHINGTON

ANTOLIN ANDREW MARKS

JUDGMENT IN A CIVIL CASE

v.

ALISSA McCLUSKEY, *et al.,,*

CASE NUMBER: C08-5155BHS/JKA

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation (Dkt. 5);

Plaintiff's motion to dismiss is **GRANTED**, and this action is **DISMISSED WITHOUT PREJUDICE**. No filing fee will be collected.

| | |
|---|---|
| May 14, 2008 | BRUCE RIFKIN |
| Date | Clerk |
| | *s/CM Gonzalez* |
| | Deputy Clerk |